**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RICHARD G. ALLEN, #B-02617,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 10-cv-885-GPM** |
| | ) | |
| **JAN FISS, MARY JO JALINSKY,** | ) | |
| **TARA MENDOLA, MARIE ZAIZ, AMY** | ) | |
| **OLLER, BEN LOUDEN, JIM FERRY,** | ) | |
| **AUBRIE BIEVENUE, JAMES** | ) | |
| **GOMRIC, and ST. CLAIR COUNTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following

decision was reached:

**IT IS ORDERED** that Plaintiff Richard G. Allen shall recover nothing, and the action be

**DISMISSED** on the merits, without prejudice to Plaintiff bringing his claims in an appropriate appeal

or other action in state court, or in a petition for habeas corpus in federal court after he has exhausted

all state court remedies. The parties shall bear their own costs. This dismissal shall count as one of

Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: 7/7/2011

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge